## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Charles B. Cashdollar                              CHAPTER 13
        Josephine D. Cashdollar
            Debtor(s)                              BKY. NO. 22-22120 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

        Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
14 Nov 2023, 14:54:56, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226)      ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com