**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/23/2024

IN RE:

CHARLES B. CASHDOLLAR
JOSEPHINE D. CASHDOLLAR
2314 PALM BEACH AVENUE
PITTSBURGH,  PA  15216
XXX-XX-1659          Debtor(s)

XXX-XX-4384

Case No.22-22120 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/23/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PAYPAL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  2628 |
| **BROCK & SCOTT PLLC***<br>3825 FORRESTGATE DR<br>WINSTON SALEM, NC  27103 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  FREEDOM MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DK4LMT*BGN 11/22 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5688 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX  76161 | Trustee Claim Number: 5   INT %: 5.00%<br>Court Claim Number: 15<br>CLAIM:  19,633.38<br>COMMENT:  $CL15GOV@TERMS/PL*PMT/CONF*19974@5%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1600 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO  80217-0900 | Trustee Claim Number: 6   INT %: 5.34%<br>Court Claim Number: 8<br>CLAIM:  18,573.56<br>COMMENT:  $@5.34%/CL-PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7362 |
| **CITIBANK NA****<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 280<br>KIRKLAND, WA  98083-0280 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM:  5,569.47<br>COMMENT:  NO$/SCH*MACYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5032 |
| **APPLE CARD**<br>PO BOX 7247<br>PHILADELPHIA, PA  19170 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM:  741.56<br>COMMENT:  CITIBANK/THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4864 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM:  1,549.41<br>COMMENT:  X1277/SCH*CITIBANK/THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5764 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 0.00<br>COMMENT: 0829/SCH*CITIBANK/SEARS*JUDGMENT AR-22-000524*CL=0*W/47 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5765 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:20<br><br>CLAIM: 2,592.32<br>COMMENT: CITIBANK/BBY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8454 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:23<br><br>CLAIM: 353.24<br>COMMENT: X8097/SCH*J JILL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1326 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 1,091.84<br>COMMENT: X0136/SCH*COMENITY/IKEA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2032 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 19,095.54<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7259 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 10,142.25<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4803 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:24<br><br>CLAIM: 1,405.80<br>COMMENT: REF 3661599761 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3348 |
| **HSBC BANK USA NA**<br>2929 WALDEN AVE<br><br>DEPEW, NY 14043 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 5,005.65<br>COMMENT: X1285/SCH*CHARGED OFF 9/16/2021 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6697 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 6,214.59<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8876 |
| **KRISTAL A IZYDORCZYK DMD**<br>1632 BROADWAY AVE<br><br>PITTSBURGH, PA 15216 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9769 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LENDING CLUB CORP*** <br> 3440 FLAIR DR <br> LOCKBOX SERVICES #0134268 <br> EL MONTE, CA 91731 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 21 <br> CLAIM: 15,236.52 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8598 |
| **MIDLAND CREDIT MANAGEMENT INC** <br> PO BOX 2037 <br> WARREN, MI 48090 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 2,349.25 <br> COMMENT: SYNCH/LOWES | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8907 |
| **MERRICK BANK** <br> C/O RESURGENT CAPITAL SVCS** <br> POB 10368 <br> GREENVILLE, SC 29603-0368 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 1,564.29 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0469 |
| **MISSION LANE** <br> PO BOX 105286 <br> ATLANTA, GA 30348 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9570 |
| **NEXT LEVEL SPINE** <br> PO BOX 16008 <br> PITTSBURGH, PA 15242 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3420 |
| **MIDLAND CREDIT MANAGEMENT INC** <br> PO BOX 2037 <br> WARREN, MI 48090 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 5,055.31 <br> COMMENT: SYNCH/PAYPAL | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6410 |
| **PNC BANK NA** <br> PO BOX 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 26 <br> CLAIM: 6,158.62 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7149 |
| **SPRING OAKS CAPITAL SPV LLC** <br> PO BOX 1216 <br> CHESAPEAKE, VA 23327-1216 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: 27 <br> CLAIM: 8,340.56 <br> COMMENT: X8395/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7012 |
| **CREDIT COLLECTION SERVICE** <br> POB 773 <br> NEEDHAM, MA 02494 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~QUEST/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9035 |
| **RED APPLE NUTRITION** <br> 4057 RILEY FUZZER RD <br> SPRING, TX 77386 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1567 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **RESURGENT CAPITAL SERVICES**<br>POB 10675<br>GREENVILLE, SC  29603-0675 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~MERRICK BANK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0469 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 526.93<br>COMMENT: CREDIT ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5418 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,202.45<br>COMMENT: CREDIT ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5350 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 4,324.52<br>COMMENT: SYNC BANK/PAYPAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2628 |
| **SOUTH HILLS ORTHO SURGERY ASSOCIATES**<br>2000 OXFORD DR STE 211<br>BETHEL PARK, PA  15102 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br>PITTSBURGH, PA  15243-0899 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0844 |
| **SAINT CLAIR UROLOGY**<br>1000 BOWER HILL RD STE 7600<br>PITTSBURGH, PA  15243 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 1,081.43<br>COMMENT: X0123/SCH*SYNCH/EBAY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2607 |
| **TARGET**<br>PO BOX 660170<br>DALLAS, TX  75266 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TARGET**<br>PO BOX 660170<br>DALLAS, TX  75266 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2473 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME 04112 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1786 |
| **TRI STATE ORTHO AND SPORTS MED/EMG**<br>5900 CORPORATE DR STE 200<br>PITTSBURGH, PA 15237 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 155.40<br>COMMENT: X0209/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4384 |
| **US BANK**<br>205 WEST 4TH ST<br>CN-OH-X5-FI<br>CINCINNATI, OH 45202 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4285 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 11,092.63<br>COMMENT: X6467/SCH*US BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6462 |
| **WELTMAN WEINBERG & REIS CO LPA**<br>TWO ALLEGHENY CENTER<br>NOVA TOWER 2 SUITE 1302<br>PITTSBURGH, PA 15212 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 4,204.26<br>COMMENT: NO PMTS~2bAVD/CONF*NO SEC/SCH*NT PROV/PL*CITIBANK/SEARS*JUDGMENT*\ | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5765 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 163.33<br>COMMENT: CL22GOV*0/PL*THRU 10/22 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5688 |