UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:   JOSEPHINE D CASHDOLLAR   CASE NO: 22-22120
CHAPTER: 13

Debtor (s)

**Change of Address – Notifications for Creditor**

As to Claim 8-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000<br>Raleigh NC 27605 | P.O. Box 169005<br>Irving, TX 75016 |

Please note that the address for payment **has not changed**. Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address: BKChapter13@WellsFargo.com

6/26/2024

/s/ LaDonna Broadway
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

**CERTIFICATE OF SERVICE**

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:   JOSEPHINE D CASHDOLLAR | CASE NO:  22-22120 |
| | CHAPTER:  13 |
| Debtor (s) | |

In addition to the parties who will be served via the Court's ECF system, I certify that on ___6/26/2024___, I served a true and correct copy of the above notice of address change on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

___6/26/2024___                    /s/ LaDonna Broadway
                                                             Bankruptcy Processor
                                                             Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto