**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** <br> **CHARLES B CASHDOLLAR** <br> **JOSEPHINE D CASHDOLLAR** <br>                **DEBTOR** | **CASE NO. 22-22120-GLT** <br> **CHAPTER 13** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                                       FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:          10500 Kincaid Drive, Suite 300
                                                     Fishers, IN 46037-9764

NEW NOTICE ADDRESS:          11988 Exit 5 Parkway, Building 4
                                                     Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:       10500 Kincaid Drive, Suite 300
                                                     Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:      11988 Exit 5 Parkway, Building 4
                                                     Fishers, IN 46037-7939

Dated: August 30, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900
E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| IN RE:<br>**CHARLES B CASHDOLLAR**<br>**JOSEPHINE D CASHDOLLAR**<br>DEBTOR | **CASE NO. 22-22120-GLT**<br>**CHAPTER 13** |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

<u>Via First Class Mail:</u>

MATTHEW M. HERRON
THE DEBT DOCTORS, LLC
607 College St Ste 101
D/B/A HERRON BUSINESS LAW
Pittsburgh PA 15232-1700
*Counsel for Debtor*

RONDA J. WINNECOUR
600 Grant St Ste 3250
Pittsburgh PA 15219-2719
*Chapter 13 Trustee*

CHARLES B CASHDOLLAR
JOSEPHINE D CASHDOLLAR
2314 Palm Beach Ave
Pittsburgh PA 15216-3422
*Debtor*

<u>This 30th Day of August, 2024</u>

                                  */s/Lorri Beltz*
                                  Lorri Beltz, Vice President, Default
                                  Freedom Mortgage Corporation
                                  11988 Exit 5 Parkway, Building 4
                                  Fishers, IN 46037-7939
                                  Telephone: (855) 690-5900
                                  E-Mail: <u>Bankruptcy@FreedomMortgage.com</u>