UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania (Pittsburgh)

| | | |
|---|---|---|
| IN RE: JOSEPHINE D CASHDOLLAR | CASE NO: | 22-22120 |
| | CHAPTER: | Chapter 13 |

Debtors

**Change of address – Payment for Creditor**

As to Claim 8-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notifications address                                                New Notifications address

Old payment address                                                       New payment address
Wells Fargo Auto                                                              Wells Fargo Auto
PO Box 17900                                                                   PO Box 51963
Denver, CO 80217–0900                                                Los Angeles CA 90051-6263


Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  BKChapter13@WellsFargo.com


07/23/2025                                           /s/Brian McKee
                                                            Lead Loan Servicing Representative
                                                            Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (04/16/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

CERTIFICATE OF SERVICE

Western District of Pennsylvania (Pittsburgh)

IN RE:     JOSEPHINE D CASHDOLLAR            CASE NO:     22-22120
                                             CHAPTER:     Chapter 13

    Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 07/23/2025, I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
Brian McKee
Lead Loan Servicing Representative

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

07/23/2025                           /s/ Brian McKee
                                     Lead Loan Servicing Representative
                                     Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (04/16/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.