# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

**Charles B. Cashdollar and**
**Josephine D. Cashdollar,**

**Debtors.**

Case No. 22-22120-GLT

Chapter 13

Related to Docket No. 46

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:   The Debtors to implement Notice(s) of Mortgage Payment Change.

- ☐ a motion to lift stay
     as to creditor   _____

- ☐ other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated November 23, 2022
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☐ Debtors' plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ___ months to ___ months.

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other: <u>Freedom Mortgage Corporation (Claim no. 22) to govern, following all Notices of Mortgage Payment Changes filed to date, including the one filed on October 29, 2025. In accordance with the most recent payment change, the Creditor shall begin receiving monthly payments totaling $848.38 effective December 1, 2025. In addition, Cavalry SPV l, LLC Claim 6 to govern at 0% interest.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED** 14th Day of November, 2025

Dated: ___November 14, 2025___

_____
United States Bankruptcy Judge

Stipulated by:                            Stipulated by:

/s/*Matthew M. Herron*_____        /s/*James Warmbrodt* _____
Counsel to Debtor                         Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22120-GLT |
| Charles B. Cashdollar | Chapter 13 |
| Josephine D. Cashdollar | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Nov 14, 2025    Form ID: pdf900    Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles B. Cashdollar, Josephine D. Cashdollar, 2314 Palm Beach Avenue, Pittsburgh, PA 15216-3422 |
| 15549595 | + | Credit One, PO Box 828, Skokie, IL 60076-0828 |
| 15549596 | + | David J. Apothaker, Apothaker & Associates, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 15549598 | + | Discover, 7831 Glenroy Road, Suite 250, Minneapolis, MN 55439-3117 |
| 15549600 | | First Premier Bank, PO Box 5507, Sioux Falls, SD 57117 |
| 15549603 | + | JP Morgan Chase, PO Box 15130, Wilmington, DE 19850-5130 |
| 15549604 | + | Kristal Zyborczyk, 1632 Broadway Avenue, Pittsburgh, PA 15216-3247 |
| 15549606 | + | Lowe's, PO Box 301030, Los Angeles, CA 90030-1030 |
| 15549609 | + | Next Level Spine, PO Box 16008, Pittsburgh, PA 15242-0008 |
| 15549611 | + | Paypal Visa, PO Box 105658, Atlanta, GA 30348-5658 |
| 15549614 | | Quest/Credit Collection, PO Box 337, Norwood, MA 02062-0337 |
| 15549615 | + | Red Apple Nutrition, 4057 Riley Fuzzer Road, Spring, TX 77386-4632 |
| 15549619 | + | South Hills Orthopedic, 2000 Oxford Drive, Suite 211, 2nd Floor, Bethel Park, PA 15102-1898 |
| 15549621 | + | St. Clair Urology, 1000 Bower Hill Road, Suite 7600, Pittsburgh, PA 15243-1873 |
| 15549622 | | Synchrony Bank, 3670 Tillman Drive, Bensalem, PA 19020 |
| 15549626 | + | Tri-State Orthopedics, 5900 Corporate Drive, Suite 200, Pittsburgh, PA 15237-7009 |
| 15549628 | + | US Bank, PO Box 722929, Houston, TX 77272-2929 |
| 15549629 | + | US Bank, 330 S. Warminster Road, Hatboro, PA 19040-3404 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Nov 15 2025 00:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 15 2025 00:07:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2025 00:23:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15549588 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2025 00:09:55 | AMEX/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 15549589 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 15 2025 00:07:00 | Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 15549590 | + | Email/Text: bankruptcy@cavps.com | Nov 15 2025 00:08:00 | Cavalry SPV 1, LLC, as Assignee of Citibank, NA, PO Box 4252, Greenwich, CT 06831-0405 |
| 15542213 | + | Email/Text: bankruptcy@cavps.com | | |

Case 22-22120-GLT   Doc 48   Filed 11/16/25   Entered 11/17/25 00:30:57   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: pdf900 | Total Noticed: 64 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 15 2025 00:08:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15549591 | + | Email/Text: bknotice@raslavrar.com | Nov 15 2025 00:07:00 | CitiBank, 1133 S. University Drive, 2nd Floor, Fort Lauderdale, FL 33324-3303 |
| 15549592 | + | Email/Text: bankruptcy@cavps.com | Nov 15 2025 00:08:00 | CitiBank, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 15549587 | | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2025 00:08:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15549593 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2025 00:08:00 | Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15549594 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2025 00:08:00 | Comenity Bank/Ikea, PO Box 659820, San Antonio, TX 78265 |
| 15529013 | | Email/Text: mrdiscen@discover.com | Nov 15 2025 00:07:00 | Discover Bank, 6500 New Albany Road E, New Albany, OH 43054 |
| 15549597 | | Email/Text: mrdiscen@discover.com | Nov 15 2025 00:07:00 | Discover, PO Box 6105, Carol Stream, IL 60197-6105 |
| 15551253 | | Email/Text: mrdiscen@discover.com | Nov 15 2025 00:07:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany, Oh 43054-3025 |
| 15549601 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 15 2025 00:07:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 15557105 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 15 2025 00:07:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15549602 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 15 2025 00:07:00 | HSBC, PO Box 4657, Carol Stream, IL 60197-4657 |
| 15555055 | ^ | MEBN | Nov 15 2025 00:05:42 | HSBC Bank USA, N.A, 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 15548626 | + | Email/Text: RASEBN@raslg.com | Nov 15 2025 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15543018 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2025 00:09:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15549605 | + | Email/Text: Documentfiling@lciinc.com | Nov 15 2025 00:07:00 | Lending Club, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 15556283 | + | Email/Text: Documentfiling@lciinc.com | Nov 15 2025 00:07:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15545785 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2025 00:09:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15549608 | | Email/Text: ml-ebn@missionlane.com | Nov 15 2025 00:07:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 15549607 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2025 00:09:54 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15548633 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2025 00:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15559190 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2025 00:07:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15549613 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2025 00:07:00 | PNC Visa, PO Box 5570, Cleveland, OH 44101-0570 |
| 15551461 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2025 00:09:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15558181 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 22-22120-GLT    Doc 48    Filed 11/16/25    Entered 11/17/25 00:30:57    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: pdf900 | Total Noticed: 64 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 15 2025 00:08:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15557610 | | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2025 00:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15549617 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2025 00:09:54 | Resurgent Capital Services, POB 10587, Greenville, SC 29603-0587 |
| 15549616 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2025 00:09:42 | Resurgent Capital Services, POB 10368, Greenville, SC 29603-0368 |
| 15559342 | | Email/Text: bankruptcy@springoakscapital.com | Nov 15 2025 00:07:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 15550584 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2025 00:08:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15549618 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2025 00:08:00 | Santander/Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 15549620 | | Email/Text: PFS.Analyst@stclair.org | Nov 15 2025 00:08:00 | St. Clair Hospital, PO Box 640831, Pittsburgh, PA 15264-0831 |
| 15529478 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2025 00:09:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15549625 | + | Email/Text: bncmail@w-legal.com | Nov 15 2025 00:08:00 | TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 15549623 | | Email/Text: bncmail@w-legal.com | Nov 15 2025 00:08:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 15549624 | + | Email/Text: bncmail@w-legal.com | Nov 15 2025 00:08:00 | Target Corp, PO Box 673, Minneapolis, MN 55440-0673 |
| 15549627 | + | Email/Text: BankruptcyNotice@upmc.edu | Nov 15 2025 00:08:00 | UPMC, Quantum I Building, Third Floor, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15559042 | | Email/Text: BNCnotices@dcmservices.com | Nov 15 2025 00:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15547273 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Nov 15 2025 00:09:54 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15529014 | | Email/Text: pitbk@weltman.com | Nov 15 2025 00:07:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15544521 | *+ | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15549599 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road E, New Albany, OH 43054 |
| 15549630 | *+ | Wells Fargo Bank, N.A. d/b/a, Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15549631 | * | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15549612 | ##+ | PNC Bank, 112 W. Park Drive, Suite 200, Mount Laurel, NJ 08054-1261 |
| 15549610 | ##+ | Patenaude & Felix, 501 Corporate Drive, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: pdf900 | Total Noticed: 64 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew M. Herron | on behalf of Debtor Charles B. Cashdollar mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Josephine D. Cashdollar mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8